JULIANA DROUS
Attorney at Law SBN 92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Facsimile: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
ADARIUS LEE TICER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>ADARIUS LEE TICER,<br><br>    Defendant. | NO. CR-05-00201-01 SBA<br><br>**[PROPOSED] ORDER CONTINUING COURT DATE** |

    Assistant United Attorney Deborah R. Douglas, and defendant Adarius Lee Ticer, through counsel, Juliana Drous hereby stipulate as follows:

    A court appearance regarding the petition re Revocation of Supervised Release is scheduled for January 12, 2010. Mr. Ticer is supervised by U.S. Probation Officer Michele Nero. The alleged violation is based on Mr. Ticer's arrest in San Francisco. That case has been resolved in the San Francisco Superior Court. Mr. Ticer pled guilty to a misdemeanor violation of resisting arrest (Cal. Pen. Code § 148), and was placed on probation for a period of three years with the condition that he do 90 days monitoring on an ankle bracelet. The government, defendant, and probation officer are in discussions to resolve this matter in this court. Additional time is requested to complete these discussions. Juliana Drous called Probation Office Michele Nero, and left a message asking if she

STIPULATION TO CONTINUE COURT DATE                                                                                                                   1

1  has an objection to continuing the matter to February 2, 2010. There has been no response to this
2  message.
3      Therefore, IT IS HEREBY STIPULATED that the Court appearance now scheduled on
4  January 12, 2010, be continued to February 2, 2010.

6  DATED: January 7, 2010                /s/
                                   JULIANA DROUS
7                                     Attorney for Defendant
                                   ADARIUS LEE TICER

8  DATED: January 7, 2010                /s/
                                   DEBORAH R. DOUGLAS
9                                  Asst. United States Attorney

11     IT IS SO ORDERED.

13  DATED:  1/11/10               *[signature]*
                                   HON. SAUNDRA BROWN ARMSTRONG
14                                 United States District Court Judge

28  STIPULATION TO CONTINUE COURT DATE                                               2