JULIANA DROUS
Attorney at Law SB#92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Fax: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
ADARIUS TICER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-201 (SBA) |
| Plaintiff, | **ORDER CONTINUING DATE OF VOLUNTARY SURRENDER** |
| vs. | |
| ADARIUS TICER, | |
| Defendant. _____/ | |

  This Court granted permission to defendant Adarius Ticer to report voluntarily, at his own expense, to the federal institution designated by the Bureau of Prisons for service of his sentence. A stay of sentence was granted and he was ordered to report to the federal institution designated by the Bureau of Prisons on or before 2:00 p.m. on March 19, 2010. If no designation was made prior to the surrender date, the defendant was to report to the office of the United States Marshall by 12:00 p.m. on the surrender date.

  No designation was made before the surrender date. However, the defendant was erroneously informed that he was designated and was to report to the federal institution in Lompoc, California. When he did as he was instructed, he learned he was not in fact designated to that facility. He immediately called his attorney, who in turn contacted the United States Marshall in Oakland, California.

  IT IS HEREBY ORDERED:

  (1) The stay of execution of defendant's sentence is continued to April 2, 2010, on the

conditions set forth below in addition to the conditions imposed in the order signed by this Court on February 9, 2010,

(2)   As notified by the United States Marshal, the Defendant shall report to the federal institution designated by the Bureau of Prisons on or before April 2, 2010.  If there has been no designation made prior to the surrender date, then the Defendant is to report to the above office on the United States Marshall by 12:00 p.m. on the surrender date.

(3)   Any failure by Defendant to obey all requirements of this order shall be punishable as a contempt.

FAILURE TO APPEAR as required by this Order constitutes a separate offense, a violation of Section 3146 of Title 18, United States Code, and punishable by additional imprisonment of up to five years.

IT IS SO ORDERED.

DATED:   3/22/10

_____
HON. SAUNDRA BROWN ARMSTRONG
U.S. DISTRICT COURT JUDGE