JULIANA DROUS
Attorney at Law SB#92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Fax: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
ADARIUS TICER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-201 (SBA) |
| Plaintiff, | **ORDER CONTINUING DATE OF VOLUNTARY SURRENDER** |
| vs. | |
| ADARIUS TICER, | |
| Defendant. | |

This Court granted permission to defendant Adarius Ticer to report voluntarily, at his own expense, to the federal institution designated by the Bureau of Prisons for service of his sentence. A stay of sentence was granted and he was ordered to report to the federal institution designated by the Bureau of Prisons on or before 2:00 p.m. on April 2, 2010. The Bureau of Prisons has noted April 10, 2010 as the date of surrender. For the reasons stated in the declaration filed in support of this order, IT IS HEREBY ORDERED:

(1) The stay of execution of defendant's sentence is continued to April 10, 2010, on the conditions set forth below in addition to the conditions previously imposed signed by this Court,

(2) As notified by the United States Marshal, the Defendant shall report to the federal institution designated by the Bureau of Prisons, FCI Victorville Medium II, on or before 2:00 p.m., April 10, 2010.

(3) Any failure by Defendant to obey all requirements of this order shall be punishable as a contempt.

FAILURE TO APPEAR as required by this Order constitutes a separate offense, a violation of Section 3146 of Title 18, United States Code, and punishable by additional imprisonment of up to five years.

IT IS SO ORDERED.

DATED: 3/31/10

_____
HON. SAUNDRA BROWN ARMSTRONG
U.S. DISTRICT COURT JUDGE